IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PHILLIP DONALD AND ARDEN WONG, *Plaintiffs* | § § § § | |
| V. | § § | NO. 4:18-CV-00395-ALM JURY TRIAL REQUESTED |
| MARKET EXPRESS, LLC AND WAYNE ALAN SORENSEN *Defendants.* | § § § | |

## ADVISORY TO THE COURT REGARDING PARTIES' SETTLEMENT AGREEMENT

TO THE HONORABLE COURT:

COMES NOW, Plaintiffs, Phillip Donald ("Donald") and Arden Wong ("Wong") (collectively, "Plaintiffs") and files this Advisory to the Court Regarding the Parties' Settlement Agreement and would respectfully show the Court as follows:

On September 26, 2019, Plaintiffs Phillip Donald and Arden Wong and Defendants reached a settlement agreement and have settled all claims in this matter. The parties will submit closing documents by November 29, 2019.

Respectfully Submitted,

THOMAS J HENRY LAW, PLLC
521 Starr Street
Corpus Christi, Texas 78401
Phone: (361)-985-0600
Fax: (361)-985-0601

By: _____
Thomas J. Henry
SBN: 09484210
Robert P. Wilson
SBN: 21718575
rwilson@thomasjhenrylaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

On  October 22, 2019 , I electronically submitted the foregoing document with the clerk of the court for the U. S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

Robert P. Wilson