IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PHILLIP DONALD AND ARDEN WONG, *Plaintiffs* | § § § § | |
| V. | § § | NO. 4:18-CV-00395-ALM |
| MARKET EXPRESS, LLC AND WAYNE ALAN SORENSEN *Defendants.* | § § § § | JURY TRIAL REQUESTED |

## THIRD ADVISORY TO THE COURT REGARDING PARTIES' SETTLEMENT AGREEMENT

TO THE HONORABLE COURT:

COMES NOW, Plaintiffs, Phillip Donald ("Donald") and Arden Wong ("Wong") (collectively, "Plaintiffs") and files this Advisory to the Court Regarding the Parties' Settlement Agreement and would respectfully show the Court as follows:

Plaintiffs are in the process of executing releases in the above referenced and styled matter due to delays in receiving necessary documents relevant to the present matter. Plaintiffs respectfully request an extension on filing the closing documents in the above styled matter until January 27, 2020.

Respectfully Submitted,

THOMAS J HENRY LAW, PLLC
521 Starr Street
Corpus Christi, Texas 78401
Phone: (361)-985-0600
Fax: (361)-985-0601

By: _____
Robert P. Wilson
SBN: 21718575
rwilson-svc@thomasjhenrylaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

On December 18, 2019, I electronically submitted the foregoing document with the clerk of the court for the U. S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

_____
Robert P. Wilson