# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| PHILLIP DONALD, ET AL. | § |
| | § |
| v. | § CIVIL ACTION NO. 4:18-CV-395-SDJ |
| | § |
| MARKET EXPRESS, L.L.C., ET AL. | § |

## ORDER GRANTING REQUEST FOR EXTENSION

Before the Court is Plaintiffs Phillip Donald and Arden Wong's Third Advisory to the Court Regarding Parties' Settlement Agreement (Dkt. #105), requesting that the Court extend the deadline to file closing documents because of delays in receiving necessary documents.

The Motion is **GRANTED**.

It is therefore **ORDERED** that all parties shall file with the Court all papers necessary for the closing of this case and its removal from the active docket of this Court **on or before January 27, 2020**.

**So ORDERED and SIGNED this 19th day of December, 2019.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE