IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DISTRICT

| | |
|---|---|
| PHILLIP DONALD AND ARDEN WONG, Plaintiffs, | § § § § |
| v. | § § NO. 4:18-CV-00395-SDJ |
| MARKET EXPRESS LLC, AND WAYNE ALAN SORENSON, Defendants. | § § § § § |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, Phillip Donald and Arden Wong and Defendants, Market Express LLC and Wayne Alan Sorenson, pursuant to FED. R. CIV. P. 41(a), and files this their Agreed Stipulation of Dismissal with Prejudice in the above-entitled and numbered cause.

## STIPULATIONS

1. Plaintiffs Phillip Donald and Arden Wong stipulate to the dismissal of each and all of their causes of action asserted against Defendants, Market Express LLC and Wayne Alan Sorenson, in this action, with prejudice to said actions being refiled against Defendants.

2. Defendants Market Express LLC and Wayne Alan Sorenson, stipulate to the dismissal of each and all of their causes of action asserted against Plaintiffs Phillip Donald and Arden Wong, in this action, with prejudice to said actions being refiled against Plaintiffs.

3. All parties hereto stipulate that taxable costs of court shall be borne by the party incurring same.

Respectfully submitted,

THOMAS J. HENRY, ATTORNEYS

By: _____
Thomas J. Henry
State Bar Number 09484210
Robert Wilson
State Bar. No. 21718575
Rwilson-svc@thomasjhenrylaw.com
521 Starr Street
Corpus Christi, Texas 78401
(361) 985-0600 Telephone
(361) 985-0601 Facsimile

The Stradley Law Firm

By: _____
Mark Stradley
State Bar Number 19352500
Mark@Stradleylawfirm.com
9330 LBJ Freeway, Suite 1185
Dallas, TX 75243
(972) 231-6001
(972) 231-7004

**ATTORNEYS FOR PLAINTIFFS**

**HOLDEN LITIGATION**

By: _____
Steven Holden
State Bar Number 24071280
Kristen Lawhorn
State Bar Number 24071187
kristenlawhorn@holdenlitigation.com
1717 Main Street, Suite 5800
Dallas, Texas 75201
Telephone (214) 745-8888
Facsimile (918) 295-8889

**ATTORNEYS FOR DEFENDANTS**

Respectfully submitted,

**THOMAS J. HENRY, ATTORNEYS**

By:_____
Thomas J. Henry
State Bar Number 09484210
Robert Wilson
State Bar. No. 21718575
Rwilson-svc@thomasjhenrylaw.com
521 Starr Street
Corpus Christi, Texas 78401
(361) 985-0600 Telephone
(361) 985-0601 Facsimile

**The Stradley Law Firm**

By: _____
Mark Stradley
State Bar Number 19352500
Mark@Stradleylawfirm.com
9330 LBJ Freeway, Suite 1185
Dallas, TX 75243
(972) 231-6001
(972) 231-7004

**ATTORNEYS FOR PLAINTIFFS**

**HOLDEN LITIGATION**

By: _/s/ Steven Holden_____
Steven Holden
State Bar Number 24071280
Kristen Lawhorn
State Bar Number 24071187
kristenlawhorn@holdenlitigation.com
1717 Main Street, Suite 5800
Dallas, Texas 75201
Telephone (214) 745-8888
Facsimile (918) 295-8889

**ATTORNEYS FOR DEFENDANTS**